Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Pound, McLaughlin and Crane, JJ. Not voting: Cardozo, J. Absent: Andrews, J.

---

Nellie E. L. Kezer, Respondent, *v.* Myra Seely et al., Appellants.

*Real property — decedent's estate — contract — specific performance — invalid oral agreement to convey land — alleged verbal promise b·· decedent to leave property to plaintiff in consideration of her livinɡ with her as companion — when specific performance improperly decreed.*

*Kezer* v. *Seely,* 198 App. Div. 979, reversed.

(Argued May 4, 1923; decided May 29, 1923.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1921, unanimously affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was to compel specific performance of an alleged oral contract between plaintiff and one Zina Sledge, deceased, whereby the said decedent promised to leave to plaintiff all of her property in consideration of plaintiff's agreement to live with the decedent as companion and attendant until her death. The complaint alleged performance on the part of plaintiff and demanded judgment that defendants execute and deliver to her a conveyance of their rights in real property left by said decedent. The answer denies the existence of .the contract and the performance thereof, and as a separate defense averred that said contract or agreement was not in writing and, therefore, void under the Statute of Frauds.

*Mortimer L. Sullivan* for appellants.

*Benjamin F. Levy* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts, on authority of *Burns* v. *McCormick* (233 N. Y. 230).

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin and Crane, JJ. Absent: Andrews, J.